**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICHARD FARMER,

                Plaintiff,

-against-                          19 **CIVIL** 5947 (KPF)

## JUDGMENT

KARPF, KARPF & CERRUTTI P.C., et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 20, 2020, Defendants' motions to dismiss are granted; accordingly, this case is closed.

**Dated:**  New York, New York

      April 22, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                                **Clerk of Court**
                        **BY:**
                                                _____
                                                      **Deputy Clerk**